**December 22, 2009**

| 28636 | State v. Townsley | Affirmed |
|---|---|---|

**December 23, 2009**

| 29536 | State v. Ching | Vacated and Remanded |
|---|---|---|

**December 29, 2009**

| 29673 | Blaisdell v. State | Affirmed |
|---|---|---|
| 28221 | Kemper & Watts v. Ching | Vacated and Remanded |
| 29622 | Romano v. State | Affirmed |
| 29730 | State v. O'Donnell | Affirmed |